THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID ALEXANDER, Appellant, Impleaded with Others.

*People* v. *Alexander*, 183 App. Div. 868, affirmed.
(Argued February 3, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered July 11, 1918, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of attempted grand larceny in the first degree.

*Max Horowitz* and *Milton M. Goldsmith* for appellant.

*Edward Swann,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.